# SUPREME COURT

OF THE

# STATE OF MISSOURI,

AT THE

OCTOBER TERM, 1894.

---

THE CITY OF ST. JOSEPH, *Plaintiff in Error*, v. ROBISON.

Division Two, November 20, 1894.

Practice: MOTION FOR NEW TRIAL. A motion for a new trial must, under the statute, be filed within four days after the verdict; it can not be filed thereafter. (R. S. 1889, sec. 2243.)

| 125 | 1 |
| 138 | 500 |
| 125 | 1 |
| 141 | 637 |
| 74a | 177 |
| 125 | 1 |
| 148 | 183 |
| 125 | 1 |
| 153 | 473 |
| 125 | 1 |
| 169 | 88 |

*Error to Buchanan Circuit Court.*—HON. A. M. WOODSON, Judge.

AFFIRMED.

*Huston & Parrish* and *Sherwood & Allen* for plaintiff in error.

*B. R. Vineyard* for defendant in error.

BURGESS, J.—This is ejectment for the recovery of the possession of a small parcel of ground which plaintiff claims as a part of a street, and to which defendant

claims to have acquired title by limitation. There was a trial to a jury and judgment rendered for defendant, and plaintiff appeals.

The verdict was rendered on the sixth day of November, 1891, and the motion for a new trial was filed on the sixteenth day of November next thereafter. The motion was filed out of time, and the bill of exceptions can not be considered by this court. It should have been filed within four days after the verdict (R. S. 1889, sec. 2243), and could not be filed thereafter. It was so held in *Maloney v. Railroad*, 122 Mo. 106. The judgment is affirmed. All of this division concur.